CHARLES FARRICIELLI *v.* STATE PERSONNEL
APPEAL BOARD

The plaintiff's petition for certification for appeal from the Superior Court in Hartford County is granted by the court.

*Robert J. Krzys,* in support of the petition.
*Christina G. Dunnell,* in opposition.

Decided October 11, 1979

VINCENT J. DOWLING ET AL. *v.* ZONING BOARD
OF APPEALS OF THE TOWN OF OLD LYME

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of New London at Norwich is granted by the court.

*John F. Scully,* in support of the petition.

Decided October 11, 1979

PETER MORRONE ET AL. *v.* ZONING BOARD OF APPEALS
OF THE CITY OF BRISTOL ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Bristol is denied by the court.

*Alfred R. Morrocco, Jr.,* in support of the petition.

*Ann T. Baldwin,* assistant corporation counsel, and *Maxwell Heiman,* in opposition.

Decided October 24, 1979